Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Roberto Morales,

                                    Plaintiff(s)

                v.

Innovative Refrigeration Systems, Inc., et al.,

                                    Defendant(s).

CASE NUMBER

5:21-cv-00768-DSF-SHK

**MEDIATION REPORT**

_Instructions: **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1.    ☑  A mediation was held on (date):  December 3, 2021                    .

      ☐  A mediation did not take place because the case settled before the session occurred.

2.    The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

      ☑  Appeared as required by L.R. 16-15.5(b).

      ☐  Did not appear as required by L.R. 16-15.5(b).

            ☐  Plaintiff or plaintiff's representative failed to appear.

            ☐  Defendant or defendant's representative failed to appear.

            ☐  Other:

3.    Did the case settle?

      ☑  Yes, fully, on December 3, 2021                    (date).

      ☐  Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_

      ☐  Yes, partially, and further facilitated discussions are **not** expected.

      ☐  No, and further facilitated discussions are expected. _(See No. 4 below.)_

      ☐  No, and further facilitated discussions are **not** expected.

4.    If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: December 3, 2021

_The Mediator must electronically file original document in CM/ ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_

                                    /s/
                                    Signature of Mediator

                                    Phyllis W. Cheng, Esq.
                                    Name of Mediator (print)